**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DISADRA ADAMS, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 13-5967 |
| v. | : | |
| | : | |
| BAYVIEW ASSET | : | |
| MANAGEMENT, LLC. | | |
| Defendant. | : | |

**ORDER**

   **AND NOW,** this __25th__ day of February, 2014, it is **ORDERED** that the parties' joint

request for an in camera review is **DENIED**.

                                        s/Anita B. Brody


                        _____

                        ANITA B. BRODY, J.




Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: